IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. C-01-169 |
| ASTORIA METAL CORPORATION. | § § § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

JUN - 6 2002

Michael N. Milby, Clerk of Court

## JUDGMENT

The Court on this date has entered an order granting Plaintiff's Motion for Default Judgment against Defendant, Astoria Metal Corporation. For the reasons set forth in the Order, the Court renders the following judgment:

IT IS ORDERED as follows:

1. Defendant, Astoria Metal Corporation, or its successors shall pay to Jimmy Hawkins, II, no later than thirty (30) days after this judgment is entered, the amount of $217,427.00 (TWO HUNDRED SEVENTEEN THOUSAND, FOUR HUNDRED TWENTY-SEVEN DOLLARS AND 00/100), in certified funds or by cashier's check. The check shall be mailed directly to Jimmy Hawkins, II, P.O. Box 11402, Pueblo, Colorado, 81001. A copy of the check will be forwarded to the attention of Robert B. Harwin, Regional Attorney, 5410 Fredericksburg Road, Suite 200, San Antonio, Texas 78229.

2. Defendant, Astoria Metal Corporation, its agents, officers, successors, directors, assigns, employees, servants, and all persons in active concert or participation with it, shall not

disclose the filing of this Complaint or the underlying charge filed by Jimmy Hawkins, II, to any prospective employers who may inquire to Defendant Astoria Metal Corporation about Jimmy Hawkins, II's work history with Defendant Astoria Metal Corporation, unless Defendant Astoria Metal Corporation is subpoenaed for the information or otherwise ordered to disclose the information by a court of competent jurisdiction.

SO ORDERED.

The Clerk shall furnish a copy of this judgment to Plaintiff's attorney of record and to Defendant, Astoria Metal Corporation.

SIGNED and ORDERED this the 4th day of June, 2002.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE